**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

ROSETTA ADAMSON,      : No. 700 MAL 2014
     :
         Petitioner      :
     : Petition for Allowance of Appeal from the
     : Order of the Superior Court
         v.      :
     :
     :
     :
U-HAUL,      :
     :
         Respondent      :

## ORDER

**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Application for Leave to File Post-Submission Communication and the Petition for Allowance of Appeal are **DENIED**.